# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **CARLTON M. SIMS,** | No. **LA CV 23-01310-VBF-PD** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| C/O PALACIOS et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

Dated: August 28, 2024

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge